UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| BETTYE MITCHELL | |
| PLAINTIFFS | JUDGMENT IN A CIVIL CASE |
| VS | |
| CDA INCORPORATED | CASE NO: 2:06-cv-2240-V |
| DEFENDANT | |

DECISION BY COURT. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Consent Order Of Dismissal, entered on December 22, 2008, pursuant to FRCP 41(b), this cause is dismissed with prejudice with costs assessed against the defendant.

APPROVED:

s/Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| December 29, 2008 | Thomas M. Gould |
| Date | Clerk of Court |
| | s/Betty Guy |
| | (By) Deputy Clerk |